# KERR McDONALD, LLP
ATTORNEYS AT LAW
31 LIGHT STREET
SUITE 400
BALTIMORE, MARYLAND 21202

(410) 539-2900
FAX (410) 539-2956
E-MAIL KMcDonald@KerrMcDonald.com

CHARLES M. KERR
KATHLEEN M. McDONALD

OF COUNSEL
ROBERT G. CASSILLY

March 26, 2002

**BY HAND-DELIVERY**
The Honorable Andre M. Davis,
United States District Judge
U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201

Re: *Software Quality Management, Inc. v. DOBI Medical Systems, LLC*
    Civil Action No. AMD 01CV3362

Dear Judge Davis:

The parties and their counsel in this case are scheduled for a settlement conference before Magistrate Judge Gauvey on April 10, 2002. Steven Adelman, DOBI's counsel, and I are also actively engaged in settlement negotiations now. Under the Court's Scheduling Order of January 30, 2002, Plaintiff is required to submit its Rule 26(a)(2) expert disclosures on or before April 1, 2002, and Defendant's disclosures are to be submitted not later than April 30, 2002. Because, in order to maximize the likelihood of settlement, the parties are attempting to minimize litigation expenses prior to the April 10, 2002, conference, counsel are jointly requesting an extension of the Rule 26(a)(2) expert disclosure dates, as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures | May 1, 2002 |
| Defendant's Rule 26(a)(2) disclosures | May 30, 2002 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures | June 7, 2002 |

These requested extensions will not affect any of the other dates currently set in the January 30, 2002, Scheduling Order.

3/29/2002 SCHEDULE APPROVED

The Hon. Andre M. Davis
March 26, 2002
Page 2

       Counsel would be happy to provide any further information you may require, and we appreciate your consideration of this request.

                                Very truly yours,

                                Kathleen M. McDonald

cc:    Steven A. Adelman, Esquire, by facsimile
M5483