IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SOFTWARE QUALITY　　　　　　　　＊
MANAGEMENT, INC.,
　　　　　　　　　　　　　　　　＊
　　Plaintiff/Counter-defendant
　　　　　　　　　　　　　　　　＊
v.　　　　　　　　　　　　　　　　　　　　Civil Action No. AMD 01 CV 3362
　　　　　　　　　　　　　　　　＊
DOBI MEDICAL SYSTEMS, LLC,
　　　　　　　　　　　　　　　　＊
　　Defendant/Counter-plaintiff.
　　　　　　　　　　　　　　　　＊

\* \* \* \* \* \* \* \* \* \*　　　\* \* \* \* \* \* \* \* \* \*

## ORDER

This Court has considered the motion to Plaintiff and Counter-defendant Software Quality Management, Inc., to reopen this case in order to enforce the parties' Settlement Agreement so as to enter a Consent Judgment in the amount of $207,000.00 in favor of Software Quality Management, Inc. This Court finds that there is good cause for this case to be reopened, that Defendant and Counter-plaintiff DOBI Medical Systems, LLC, has failed to pay the amount called for in the Settlement Agreement within the specified deadline, and that judgment by consent should be entered in favor of Software Quality Management, Inc., in the amount of $207,000.00, in accordance with the Settlement Agreement.

Accordingly, it is, this 25th day of October, 2002, **ORDERED** that the motion to reopen this case is, hereby, **GRANTED**, and that judgment in the amount of $207,000.00 shall be entered against DOBI Medical Systems, LLC, and in favor of Software Quality Management, Inc.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Andre M. Davis
　　　　　　　　　　　　　　　　　　　　United States District Judge